UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA


CIVIL NUMBER:

v

DEFAULT



It appearing by the affidavit/motion of counsel for the plaintiff(s) that the defendant(s) failed to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure, default is hereby entered against


Dated this          day of


CLERK, U.S. DISTRICT COURT

_____
By: Deputy Clerk